UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 1:13-cv-00842 AWI JLT |
| Plaintiff, | ) ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | (Doc. 6) |
| JOSE DEL REFUGIO RUBALCABA, | ) ) | |
| Defendant. | ) ) ) | |

On August 22, 2013, Plaintiff notified the Court a settlement has been reached in this matter. (Doc. 6). Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The parties **SHALL** file a stipulated request for dismissal no later than **September 12, 2013**; and

2. All pending dates, motions, conferences and hearings are **VACATED**.

**<u>Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.</u>**

IT IS SO ORDERED.

Dated:   **August 26, 2013**         /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE

1