IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | 1:13-cv-842-AWI-JLT |
| Plaintiff; | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| Jose Del Refugio Rubalcaba Sandana a/k/a Jose Luis Rubalcaba, individually and d/b/a El Atoron Billiards, | |
| Defendant. | |

On May 15, 2014, Plaintiff J & J Sports Productions, Inc. filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56(a) set for hearing on June 30, 2014. Defendant Jose Del Refugio Rubalcaba Sandana filed an opposition on June 16, 2014. Defendant filed its reply on June 23, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of June 30, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 25, 2014                          _____
                                                                    SENIOR  DISTRICT  JUDGE