Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

Kourosh Pourmorady, SBN 195858
LAW OFFICES OF KOUROSH M. POURMORADY
6404 Wilshire Blvd., Suite 1001
Los Angeles, CA 90048

Tel:  323-782-8374
Fax:  323-782-1359
pourmorady.law@gmx.com

Attorneys for Defendant
Jose Del Refugio Rubalcaba
a/k/a Jose Luir Rubalcaba

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| J & J Sports Productions, Inc., | Case No.  1:13-cv-00842-AWI-JLT |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANT JOSE DEL REFUGIO RUBALCABA A/K/A JOSE LUIS RUBALCABA'S STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE** |
| Jose Del Refugio Rubalcaba a/k/a Jose Luis Rubalcaba, | |
| Defendant. | |

## ORDER (Proposed)

**IT IS HEREBY ORDERED** that the Pre-trial Conference in civil action 1:13-cv-00842-AWI-JLT styled *J & J Sports Productions, Inc. v. Rubalcaba,* is hereby continued to Wednesday, September 3, 2014.

1

2   IT IS SO ORDERED.

3   Dated:   August 7, 2014

SENIOR  DISTRICT  JUDGE

4

5

6   ///

7   ///

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**PROOF OF SERVICE**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 7, 2014, I caused to serve the following documents entitled:

**ORDER GRANTING PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANT JOSE DEL REFUGIO RUBALCABA A/K/A JOSE LUIS RUBALCABA'S STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Kourosh Pourmorady, Esquire          Attorneys for Defendant
**Law Offices Of Kourosh Pourmorady**   Edmundo Sanchez Ambrosio
6404 Wilshire Blvd., Suite 1001          a/k/a  Edmundo A. Sanchez
Los Angeles, CA 90048

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 7, 2014, at South Pasadena, California.

Dated: August 7, 2014                    _/s/ Vanessa Morales_____
                                         VANESSA MORALES