UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INCE | ) | Case No.: 1:13-cv-00842 AWI JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | (Doc. 28) |
| JOSE DEL REFUGIO RUBALCABA., | ) ) | |
| Defendants. | ) | |

On August 28, 2014, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 28)  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **September 26, 2014**;

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **August 29, 2014**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1