Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Jose Del Refugio Rubalcaba, et al.,<br><br>Defendant. | CASE NO. 1:13-cv-00842-AWI-JLT<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE DEL REFUGIO RUBALCABA A/K/A JOSE LUIS RUBALCABA, individually and d/b/a EL ATORON BILLIARD |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JOSE DEL REFUGIO RUBALCABA A/K/A JOSE LUIS RUBALCABA, individually and d/b/a EL ATORON BILLIARD, that the above-entitled action is hereby dismissed **with prejudice** against JOSE DEL REFUGIO RUBALCABA A/K/A JOSE LUIS RUBALCABA, individually and d/b/a EL ATORON BILLIARD, subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.,

///
///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 1:13-cv-00842-AWI-JLT
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 28, 2014

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

**KOUROSH M. POURMORADY LAW OFFICES**
By: Kourosh M. Pourmoray
Attorneys for Plaintiff
JOSE DEL REFUGIO RUBALCABA A/K/A JOSE LUIS RUBALCABA, individually and d/b/a EL ATORON BILLIARD

IT IS SO ORDERED.

Dated:   September 23, 2014

SENIOR DISTRICT JUDGE